07 GJ 779

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **Jeffrey Gilbert** |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 383 | **DATE** | 18 JANUARY 2023 |
| **CASE TITLE** | U.S. v. IVAN ARCHIVALDO GUZMAN SALAZAR, et al | | |

**DOCKET ENTRY TEXT**

# UNDER SEAL

### Grand Jury Proceeding

**1:09-cr-00383**
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey Cole

The Grand Jury for ___SPECIAL OCTOBER 2022___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge

TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE GOVERNMENT FURTHER REQUESTS THAT ANY WARRANT PREVIOUSLY ISSUED FOR DEFENDANTS STAND.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT UNITED STATES ATTORNEYS ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS.

PRIOR TO SEALING THE CLERK'S OFFICE IS DIRECTED TO PROVIDE A CERTIFIED COPY OF THE INDICTMENT AND A CERTIFIED COPY OF THE ARREST WARRANT FOR EACH DEFENDANT, TO ASSISTANT U.S. ATTORNEYS, ERIKA CSICSILA AND ANDREW ERSKINE, WHO ARE ASSIGNED TO THIS CASE FOR THE GOVERNMENT, IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANTS.

THE CLERK OF THE COURT IS DIRECTED TO FILE THE TWELFTH SUPERSEDING INDICTMENT IN 09CR383 UNDERSEAL WITHIN ONE DOCKET ENTRY. THIS ORDER AND THE TWELFTH SUPERSEDING INDICTMENT SHALL REMAIN SEALED TOGETHER UNTIL WITHOUT FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE or MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: BB

# FILED

JAN 18 2023    LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1