IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Ovidio Guzman Lopez, <br><br> Defendant(s). | Case No. 09 CR 383-22 <br> Judge Sharon Johnson Coleman |

## **ORDER**

Initial Appearance held. Arraignment held. Defendant appeared in custody after being extradited on 9/15/2023. Attorney Jeffrey Lichtman appears as retained counsel for defendant. Defendant waives formal reading and enters plea of not guilty to the twelfth superseding indictment. Defendant waives detention hearing at this time. Defendant remanded into U.S. Marshal custody. Rule 16.1 conference to be held by 9/25/2023. Status hearing set to 11/17/2023 at 10:45 a.m. as an in-person hearing. Time excluded to 11/17/2023 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(i) with no objections. (X-T).

(T:00:15)

Date: 9/18/2023

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Judge