**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. Guzman        Case Number: 09 CR 383

An appearance is hereby filed by the undersigned as attorney for:
Ovidio Guzman Lopez

Attorney name (type or print): Joshua B. Adams

Firm: Law Offices of Joshua B. Adams, PC

Street address: 900 W. Jackson Blvd. Suite 7E

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6281599        Telephone Number: 312-566-9173
(See item 3 in instructions)

Email Address: josh@adamsdefenselaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☐ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☐ |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 5, 2023

Attorney signature:    S/ Joshua B. Adams
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023