UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 09 CR 383 |
| | ) |
| IVAN ARCHIVALDO GUZMAN SALAZAR, et al. | ) Honorable Sharon Johnson Coleman |
| | ) |
| | ) |

## DESIGNATION OF COUNSEL

Please take notice that the undersigned Trial Attorney Kirk Handrich has been designated in the above captioned case.

                              Respectfully Submitted,

                              MARLON COBAR, Chief
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              United States Department of Justice

By:    */s/Kirk Handrich*
           Kirk Handrich
           Trial Attorney
           Narcotic and Dangerous Drug Section
           Criminal Division
           U.S. Department of Justice
           145 N Street, NE
           Washington, D.C. 20530
           Tel.:  (202) 514-0422
           Email: Kirk.Handrich@usdoj.gov

Date: November 16, 2023