

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click <u>HERE</u> for update instructions.

Name  Jeffrey Harris Lichtman

Firm  Law Offices of Jeffrey Lichtman

Street Address  441 Lexington Avenue, Suite 504

City/State/Zip Code  New York, New York 10017

Phone Number  (212) 581-1001

Email address  jhl@jeffreylichtman.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 09-CR-383 | USA v. Guzman-Loera et al | Hon. Sharon JohnsonColeman |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____    _____1-23-24_____
Signature of Attorney                              Date

Rev. 01272016