UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 09 CR 383 |
| | ) |
| IVAN ARCHIVALDO GUZMAN SALAZAR, et al. | ) Honorable Sharon Johnson Coleman |
| | ) |

## DESIGNATION OF COUNSEL

Please take notice that the undersigned Trial Attorney Samantha Thompson has been designated in the above captioned case.

                                                Respectfully Submitted,

                                                MARLON COBAR, Chief
                                                Narcotic and Dangerous Drug Section
                                                Criminal Division
                                                United States Department of Justice

                                 By:    */s/Samantha Thompson*
                                                Samantha Thompson
                                                Trial Attorney
                                                Narcotic and Dangerous Drug Section
                                                Criminal Division
                                                U.S. Department of Justice
                                                145 N Street, NE
                                                Washington, D.C. 20530
                                                Tel.:   (202) 532-4466
                                                Email: Samantha.Thompson@usdoj.gov

Date: January 29, 2024