UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 383 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| JOAQUIN GUZMAN-LOERA et al | ) | District Judge |
| | ) | |

ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has been assigned to the above case.

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By:   */s/ Michelle Parthum*
    MICHELLE PARTHUM
    Assistant U.S. Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300

Dated: May 31, 2024