# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:09−cr−00383
                                            Honorable Sharon Johnson Coleman
, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Ovidio Guzman Lopez (22): Status hearing held on 1/7/2025. Defendant's appearance is waived. Counsel for the government reported that the parties have begun to work on potentially resolve this matter. Parties are continuing to work on this. Counsel also alerted the Court that defendant has also been indicted in the Southern District of New York and the government are exploring a possible global resolution. An in−person status hearing is set for 2/27/2025 at 1:30 PM. Time is excluded to 2/27/2025 pursuant to 18 U.S.C. §3161(h)(7)(B)(i) with no objections. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.