IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Ovidio Guzman Lopez, <br><br> Defendant(s). | Case No. 09 CR 383-22 <br> Judge Sharon Johnson Coleman |

### ORDER

Arraignment held. Defendant waives formal reading and enters plea of not guilty to the six-count Indictment from the Southern District of New York [1071]. Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to counts 1ss (one) and 2ss (two) of the Twelfth Superseding Indictment in the Northern District of Illinois and counts 1 (one) and 2 (two) of the Indictment that was filed in the Southern District of New York. Defendant found competent to change his plea and informed of his rights. Judgment of guilty entered. An in-person status hearing is set for 1/9/2026 at 11:00 a.m. to set a sentencing date. Enter plea agreement.

Date: 7/11/2025

Sharon Johnson Coleman
United States District Judge